```
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/08
```

APR 2008

U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOSEPH BEJJANI, et al.,

                            Plaintiffs,        07 civ 10129 (HB)

   - against -                           ~~07CV 10719~~

MANHATTAN SHERATON CORPORATION d/b/a ST.
REGIS HOTEL and NEW YORK HOTEL & MOTEL    **STIPULATION AND ORDER**
TRADES COUNCIL, AFL-CIO,

                            Defendants.
-----------------------------------------------------------x

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the below identified parties that Plaintiffs' time to file a Second Amended Complaint is extended to and including April 4, 2008 and that Defendants' time to answer or otherwise move with respect to the Amended Complaint is extended to May 7, 2008, and it is further

       **STIPULATED AND AGREED** that, in the event that Defendants move with respect to the Amended Complaint, Plaintiffs shall have until June 4, 2008 to submit papers in opposition to said motion and Defendants shall have under June 18, 2008 to submit reply papers, if any,

thereto, and it is further

STIPULATED AND AGREED that a signed facsimile or copy of this Stipulation may be treated as an original.

Dated: April 2, 2008
New York, New York

HOGAN & HARTSON LLP

By: /s/ Michael Starr
Michael Starr (MS 6851)
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
*Attorneys for Defendant Manhattan Sheraton Corporation d/b/a St. Regis Hotel*

PITTA & DREIER LLP

By: /s/ Bruce Cooper
Bruce Cooper (BJC 2764)
499 Park Avenue
New York, New York 10022
Tel: (212) 652-3890
*Attorneys for Defendant New York Hotel & Motel Trades Council, AFL-CIO*

LAW OFFICE OF ROBERT N. FELIX

By: /s/ Robert N. Felix
Robert N. Felix (RF-4229)
11 Broadway Suite 400
New York, NY 10004
Tel: 212-747-1433
*Attorney for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.

Dated: 4/11/08